IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA ANDREW                                  :         CIVIL ACTION

vs.                                           :         NO. 02-4478

FORTIS BENEFITS INSURANCE CO.                 :

**RULE 16 CONFERENCE**

In accordance with Federal Rule of Civil Procedure 16, a **conference** will held before the Honorable Petrese B. Tucker on **February 19, 2004, at 9:00 a.m.** in Room 9613, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Attached is a Rule 16 Conference Information Report which you are required to complete and forward to the court at least three (3) days prior to the conference. This report does not have to be officially filed of record.

Counsel must be prepared to address all relevant issues including, but not limited to, the following matters:

(a) Jurisdictional defects, if any;
(b) Time limits for the possible joinder of additional parties and to amend pleadings;
(c) Prospects of amicable settlement;
(d) Progress of Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;
(e) Establishing schedules for the remaining pretrial proceedings including discovery, pretrial filings, the exchange of expert reports, etc.;
(f) Filing of dispositive motions;
(g) Setting a firm date for trial.

If trial counsel in this case is on trial in a Court of record at the time of the Rule 16 Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Rule 16 Conference. The Rule 16 Conference will be continued to another date only in exceptional cases.

Encl.
cc: R. Teitell
    H. Holloway
    J. Bachrach

_____
Alisa Ross
Deputy Clerk to Judge Petrese B. Tucker
(267) 299-7619

Date issued: January 27, 2004